PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Hector Gomez-Soto                                              Cr.: 02-00817-001

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 06/09/98

Original Offense: Possession with Intent to Distribute 105 Kilograms of Marijuana

Original Sentence: 60 months imprisonment and 4 years TSR

Type of Supervision: TSR                                   Date Supervision Commenced: 07/19/02

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

On February 21, 2006, Gomez-Soto reported to the US Probation Office and provided a urinalysis sample, which tested positive for cocaine use. The urine sample was sent to Scientific Testing Laboratories, LLC for further analysis. On February 28, 2006, the lab advised that the urine sample provided by the offender on 02/21/06, was positive for cocaine.

U.S. Probation Officer Action:

The offender's term of supervised release commenced on July 19, 2002, and prior to this positive urinalysis on February 21, 2006, the offender had made satisfactory adjustment under supervision. Gomez-Soto has refrained from further criminal activity, has maintained steady full-time employment as a truck-driver as he obtained his Commercial Driver's License (CDL) while on supervised release and reported to the probation office as instructed. The offender submitted to random urinalysis tests as required by the probation office and prior to February 21, 2006, all tests proved negative.

Gomez-Soto spoke with Supervising Probation Officer Michael A. McLean, at the time he submitted the positive urinalysis, stating that he was with a female friend and made a mistake. Considering the offender's positive adjustment under supervision prior to the positive urinalysis test and admission of his drug use to the probation office, we respectfully recommend that a Written Reprimand be utilized in this matter. We will also ensure that the offender is closely monitored and the number of random urinalysis tests be intensified to ensure abstinence.

PROB 12A - Page 2
Hector Gomez-Soto

Respectfully submitted,

By: Jaclyn T. Coe
U.S. Probation Officer
Date: 03/14/05

***No Response is necessary unless the court directs that additional action be taken as follows:***

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

3-20-06
Date